Collette Stark
2175 Cowley Way
San Diego, CA 92110
(619) 347-0726
videosolutions@me.com

Plaintiff in pro per

# THE UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Collette Stark**, an individual | Civil Case No. 19-cv-02041-BAS-BLM |
| Plaintiff, | **JOINT MOTION TO DISMISS PURSUANT TO FRCP 41** |
| vs. | |
| **Scope MCA, LLC,** a Florida limited liability company. Defendant. | |

May is please the Court, Plaintiff Collette Stark and Defendant Scope MCA, LLC, hereby jointly move the Court to enter dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41.

The parties have reached a confidential, written settlement agreement. Each side to pay its own attorney fees and costs.

JOINT MOTION TO DISMISS PURSUANT TO RULE 41- 1

19cv2041

Defendant has agreed to not call Plaintiff Stark on the phone numbers listed in the confidential settlement agreement.   Defendant denies any wrongdoing.

Dated:  December 16, 2019

Collette Stark

/S/ *Collette Stark*
Collette Stark, Plaintiff
Pro per
videosolutions@me.com


Scope MCA, LLC

/S/ Sam Kandhorov
Sam Kandhorov, CEO
Defendant Scope MCA, LLC
sam@scopemca.com

## PROOF OF SERVICE

I, Collette Stark, am over 18, a pro per plaintiff in this matter. I have filed this Joint Motion to Dismiss and had it served on Defendant as follows:

3: 19-cv-02041-BAS-BLM **Notice has been mailed to:**

Scope MCA, LLC, a Florida limited liability company. Agent for Service;
Abram Kandhorov, 16275 Collins Ave, Apt 1502,
Sunny Isles Beach, FL 33160

and by US Mail, postage pre-paid, first class to:

Scope MCA, LLC, a Florida limited liability company. Agent for Service;
Abram Kandhorov, 16275 Collins Ave, Apt 1502,
Sunny Isles Beach, FL 33160

Scope MCA, LLC
2 Bay Club Dr. Apt 20G
Bayside, NY 11360

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated
Dated: December 16, 2019

/S/ *Collette Stark*
Collette Stark