1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| COLLETTE STARK, | Case No. 19-cv-02041-BAS-BLM |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| SCOPE MCA, LLC, | **[ECF No. 6]** |
| Defendant. | |

Presently before the Court is a motion to dismiss this action in its entirety with prejudice because it has settled.  (ECF No. 6.)  The Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action.  Each party shall bear its own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: December 18, 2019

Hon. Cynthia Bashant
United States District Judge

– 1 –